# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENNETT INTERNATIONAL GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION |
| vs. | ) ) FILE NO. |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant Allied World Specialty Insurance Company ("Allied World"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal and respectfully shows the Court the following:

1.

On or about April 30, 2021, Plaintiff Bennett International Group, LLC filed this action against Allied World in the Superior Court of Henry County, State of Georgia, entitled *Bennett International Group, LLC v. Allied World Specialty Insurance Company*, Case No. SUCV2021001066, by filing its Complaint.

-1-

2.

Plaintiff is a limited liability company.  Upon information and belief, its membership is comprised of two members: MGT Holdings, LLC and MGT Management Services, LLC.  Upon information and belief, the sole member of both MGT Holdings, LLC and MGT Management Services, LLC is Marcia G. Taylor, an individual citizen of Georgia.

3.

Allied World is a Delaware corporation with its principal place of business in the State of New York.

4.

There is complete diversity because Plaintiff is a citizen of Georgia and Allied World  is a citizen of the states of Delaware and New York.

5.

In the Complaint, Plaintiff seeks, among other things, $468,417.00. Therefore, the amount in controversy exceeds $75,000.

6.

As there is complete diversity and the amount in controversy exceeds $75,000, this Court has original jurisdiction of this matter under 28 U.S.C. § 1332.

7.

This Notice of Removal is timely because it was filed within thirty days of service of the Complaint on Allied World.

8.

All process, pleadings, and orders served on Allied World are attached hereto as Exhibit 1.

9.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), Allied World is entitled to remove this action from the Superior Court of Henry County, Georgia.

10.

Consistent with 28 U.S.C. § 1446(d), Allied World will provide written notice of its filing of this Notice of Removal to the plaintiff and the Clerk of Court for the Superior Court of Henry County, State of Georgia.

125963142.1

11.

Accordingly, Allied World respectfully requests that the Court assume full jurisdiction of the controversy now pending between Plaintiff and Allied World in the Superior Court of Henry County as provided by law.

Respectfully submitted this 26th day of May, 2021.

                      **CARLTON FIELDS P.A.**

By: */s/ Jason A. Morris*
    Jason A. Morris
    Georgia Bar No. 608298
    1201 West Peachtree Street, Suite 3000
    Atlanta, Georgia 30309-3455
    (404) 815-3400
    (404) 815-3415 (fax)
    Email: jmorris@carltonfields.com

    ***Attorney for Defendant Allied World Specialty Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2021, I served a true and correct copy of the foregoing document via the CM/ECF system and by depositing a copy of same into the United States mail, with sufficient postage affixed thereto, to counsel of record who are non-CM/ECF participants, addressed as follows:

Scott W. McMickle, Esq.
Jon M. Hughes, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street
Suite 200
Alpharetta, Georgia  30009

/s/ Jason A. Morris
Jason A. Morris