IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENNETT INTERNATIONAL GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION |
| vs. | ) ) FILE NO. 1:21-cv-02190-MLB ) |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiffs Bennett International Group, LLC and Defendant Allied World Specialty Insurance Company hereby stipulate to dismissal of this action with prejudice. Each of the parties shall bear its own attorney's fees and costs.

Respectfully submitted this 19th day of May, 2022.

| | |
|---|---|
| MCMICKLE, KUREY & BRANCH, LLP | CARLTON FIELDS, P.A. |
| By: */s/ Jon M. Hughes* <br> Jon M. Hughes <br> Georgia Bar No. 835057 <br> 217 Roswell Street <br> Suite 200 <br> Alpharetta, GA 30009 | By: */s/ Jason A. Morris* <br> Jason A. Morris <br> Georgia Bar No. 608298 <br> Heidi Hudson Raschke <br> Georgia Bar No. 594937 <br> 1201 West Peachtree Street |

M0877180.1 15187        129712560.1

| | |
|---|---|
| (678) 824-7800<br>(678) 824-7801(fax)<br>jhughes@mkblawfirm.com<br><br>***Attorneys for Plaintiff Bennett International Group, LLC*** | Suite 3000<br>Atlanta, Georgia  30309-3455<br>(404) 815-3400<br>(404) 815-3415 (fax)<br>jmorris@carltonfields.com<br>raschke@carltonfields.com<br><br>***Attorneys for Defendant Allied World Specialty Insurance Company*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2022, a true and correct copy of the foregoing document, along with any attachment(s), was filed via the CM/ECF system which will automatically serve all counsel of record.

                                          */s/ Jon M. Hughes*
                                          Jon M. Hughes